UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CASSO'S WELLNESS STORE & GYM, L.L.C.**<br><br>V.<br><br>**SPECTRUM LABORATORY PRODUCTS, INC.** | **CIVIL ACTION NO.: 2:17-cv-02161**<br><br>**JUDGE: MARTIN L.C. FELDMAN**<br><br>**MAGISTRATE: JOSEPH WILKINSON, JR.** |

### UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION

NOW INTO COURT, through undersigned counsel, comes plaintiff, Casso's Wellness Store & Gym, LLC (hereinafter "Casso"), on behalf of itself and all others similarly situated, who suggests to the Court that Casso and Spectrum Laboratory Products, Inc. (hereinafter "Spectrum") have entered into a settlement agreement, which is attached hereto in compliance with Federal Rule of Civil Procedure 23(e)(3), and moves this Court for an Order:

1) Certifying the class for settlement purposes only against defendant, Spectrum;

2) Preliminarily approving a Class Settlement;

3) Appointing Casso as the Class Representative;

4) Appointing Class Counsel and Settlement Class Counsel;

5) Appointing the KCC LLC as Notice and Settlement Administrator;

6) Authorizing notice to class members with deadlines for Opt-Outs and Objections; and

7) Scheduling a Fairness Hearing for Wednesday, March 13, 2019, all for the reasons set forth in the attached memorandum.

WHEREFORE, Casso prays that this Court enter an Order certifying the class for settlement purposes only against defendant, Spectrum; preliminarily approving a Class Settlement; appointing Casso as the class representative; appointing Class Counsel and Settlement Class Counsel; appointing the KCC LLC as Notice and Settlement Administrator; authorizing notice to class members with deadlines for Opt-Outs and Objections; and scheduling a Fairness Hearing for Wednesday, March 13, 2019.

                                      Respectfully Submitted:

                                      */s/ George B. Recile*
                                      _____
                                      GEORGE B. RECILE (#11414)
                                      PRESTON L. HAYES (#29898
                                      RYAN P. MONSOUR (#33286)
                                      MATTHEW A. SHERMAN (#32687)
                                      PATRICK R. FOLLETTE (#34547)
                                      ZACHARY R. SMITH (#37316)
                                      *Chehardy, Sherman, Williams,*
                                      *Murray, Recile, Stakelum & Hayes, L.L.P.*
                                      One Galleria Boulevard, Suite 1100
                                      Metairie, Louisiana 70001
                                      Telephone: (504) 833-5600
                                      Facsimile: (504) 613-4528
                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. I further certify that I have sent the foregoing by U.S. Mail, postage pre-paid, to parties and/or their counsel who would not receive notice through the CM/ECF system.

                                        */s/ George B. Recile*
                                      _____
                                      GEORGE B. RECILE