UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CASSO'S WELLNESS STORE & GYM, L.L.C.**<br><br>V.<br><br>**SPECTRUM LABORATORY PRODUCTS, INC.** | CIVIL ACTION NO.: 2:17-cv-02161<br><br>MAGISTRATE: JOSEPH WILKINSON, JR. |

### *UNOPPOSED* MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff and Class Representative, Casso's Wellness Store & Gym, LLC (hereinafter "Casso"), on behalf of itself and the preliminarily certified settlement class, moves for entry of an order granting final approval of the settlement memorialized in the parties' class action Settlement Agreement (Rec. Doc. 76.2), filed December 3, 2018. Casso also moves for entry of an order that finally certifies the following settlement class:

> "All persons and entities that Spectrum or anyone acting on Spectrum's behalf attempted to send facsimile transmissions that advertise, promote, or describe Spectrum's products or services during the period from March 15, 2013 to October 25, 2018, and does not submit a valid and timely request to exclude himself, herself or itself from the Settlement in the manner and time prescribed by the Court in the Preliminary Approval Order."

The *Unopposed* Motion For Final Approval of Class Action Settlement (hereinafter the "Motion"), is made on the following grounds under authority of Federal Rule of Civil Procedure 23(a), (b)(3), (e), and (g):

1. The class action settlement agreement satisfies the requirements set forth in Rule 23(e)(2) in that (A) the class representatives and class counsel have adequately represented the class; (B) the proposal was negotiated at arm's length; (C) the relief provided for the class is adequate, taking into account: (i) the costs, risks, and delay of trial and appeal, (ii) the effectiveness of any proposed method of distributing relief to the class, including the

method of processing class-member claims, the terms of any proposed award of attorney's fees, including timing of payment, and (iv) any agreement required to be identified under Rule 23(e)(3); and (D) the proposal treats class members equitably relative to each other;

2. The class action settlement agreement was negotiated at arm's-length, it is not collusive, and is fair, reasonable, adequate, and in the best interests of the settlement class members;

3. No members of the settlement class have objected to the proposed settlement and no class member has requested to be excluded;

4. The faxing and mailing of notice packets, the method of disseminating the same to the settlement class, and establishment of the settlement website and telephone number provided the best notice practicable under the circumstances and comply with Fed. R. Civ. P. 23(e) and due process; and

5. The settlement class meets all conditions for class certification: (a) so numerous that joinder of all members is impractical; (b) there are predominate common questions of law and fact; (c) the claims of class representative Casso are typical of those held by class members; (d) Casso, and its counsel, have fairly and adequately represented and protected the interests of the class, and there are no antagonistic or conflicting interests between Casso and the class; and (e) the adjudication of this case as a class action is superior to individual actions.

The Motion is based on the accompanying Memorandum of Law in Support of the Motion; the Declaration of the Settlement Administrator filed concurrently herewith; the class action settlement agreement previously lodged with the Court (Rec. Doc. 76.2 ); the previously filed *Unopposed* Motion for Preliminary Approval of Class Action Settlement (Rec. Doc. 76 ); the *Unopposed* Motion for Approval of Attorneys' Fees, Costs, and for Service Award and attached memorandum in support filed concurrently herewith; the pleadings and papers filed in this case;

and on such further briefs and argument of counsel that will be received before or during the hearing on the Motion.

          Respectfully Submitted:

          **Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P.**

          */s/ George B. Recile*

          _____
          **GEORGE B. RECILE, #11414**
          **PRESTON L. HAYES, #29898**
          **RYAN P. MONSOUR, #33286**
          **MATTHEW A. SHERMAN, #32687**
          **PATRICK R. FOLLETTE, #34547**
          **ZACHARY R. SMITH, #37316**
          One Galleria Boulevard, Suite 1100
          Metairie, Louisiana 70001
          Telephone: (504) 833-5600
          Facsimile: (504) 613-4528
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. I further certify that I have mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants. Further, this document has been made available to all Class Members on the Settlement Website (www.CassovSpectrumTCPASettlement.com).

          */s/ George B. Recile*

          _____
          **GEORGE B. RECILE**