UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CASSO'S WELLNESS STORE & GYM, L.L.C.**<br><br>V.<br><br>**SPECTRUM LABORATORY PRODUCTS, INC.** | **CIVIL ACTION NO.: 2:17-cv-02161**<br><br>**MAGISTRATE: JOSEPH WILKINSON, JR.** |

### ORDER

Considering the foregoing Motion for Leave to File Second Supplemental Memorandum In Support *Unopposed* Motion for Final Approval of Class Action Settlement.

IT IS ORDERED, that Plaintiff's Motion for Leave to File Second Supplemental Memorandum In Support *Unopposed* Motion for Final Approval of Class Action Settlement is hereby GRANTED.

IT IS FURTHER ORDERED, that Plaintiff's Second Supplemental Memorandum In Support *Unopposed* Motion for Final Approval of Class Action Settlement shall be and hereby is filed into the record in this matter.

Signed this ____11th____ day of ____March____, 2019, in New Orleans, Louisiana.

_____
**JOSEPH WILKINSON, JR**
**United States Magistrate Judge**