UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASSO'S WELLNESS STORE & GYM. L.L.C.          CIVIL ACTION

VERSUS                                         NO. 17-2161

SPECTRUM LABORATORY PRODUCTS, INC.            M.J. WILKINSON

**ORDER ON MOTIONS**

APPEARANCES:   None (on the record)

MOTION:        Plaintiff's Motions (1) For Leave to File Supplemental Memorandum
               in Support of Unopposed Motion for Approval of Attorneys' Fees,
               Costs and for Service Award, Record Doc. No. 91; and (2) to File
               Exhibits Under Seal, Record Doc. No. 92

O R D E R E D:

XXX : DENIED. Fee statements and legal memoranda submitted to the court of the sort
that are the subject of these motions to seal are not made for the purpose of giving or
obtaining legal advice or as trial anticipation or trial preparation materials. Therefore,
they are neither privileged nor work product.

In addition, as I and other judges in this court have repeatedly held, even if the
attorney-client privilege or work product doctrine arguably protected some portions of
the submissions – which they do not since they contain neither the content of
"communications" between attorney and client that might be privileged nor confidential
work product mental impressions, conclusions or opinions – any privilege is waived by
seeking reimbursement for attorney's fees.  See, e.g., Monroe's Estate v. Bottle Rock
Power Corp., No. 03-2682, 2004 WL 737463, at *11 n.31 (E.D. La. Apr. 2, 2004)
(Knowles, M.J.), aff'd, 2005 WL 119883 (E.D. La. Jan. 19, 2005) (Fallon, J.); Southern
Scrap Mat'l Co. v. Fleming, No. 01-2554, 2003 WL 21474516, at *13 n.40 (E.D. La.
June 18, 2003) (Knowles, M.J.); In re Central Gulf Lines, Inc., No. 97-3829, 2001 WL
30675, at *2 (E.D. La. Jan. 11, 2001) (Livaudais, J.); Tonti Props. v. Sherwin-Williams
Co., No. 99-892, 2000 WL 506015, at *2 (E.D. La. Apr. 27, 2000) (Wilkinson, M.J.);
Newpark Env't'l Servs., L.L.C. v. Admiral Ins. Co., No. 99-331, 2000 WL 136006, at *3
(E.D. La. Feb. 3, 2000) (Wilkinson, M.J.); C.J. Calamia Constr. Co. v. Ardco/Traverse
Lift Co., No. 97-2770, 1998 WL 395130, at *2 (E.D. La. July 14, 1998) (Clement, J.).

New Orleans, Louisiana, this _____22nd_____ day of March, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE